UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00486

**Bruce Darnell Dotson, II,**
*Plaintiff,*
v.
**United Nations, et al.,**
*Defendants.*

### ORDER

Plaintiff Bruce Darnell Dotson, II, proceeding pro se, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 3) concluding that plaintiff's complaint should be dismissed with prejudice for purposes of in forma pauperis proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff did not object to the report and recommendation. Finding no clear error, abuse of discretion, or legal conclusions contrary to law, the court **accepts** the report and recommendation. Doc. 3. For the reasons stated in the magistrate judge's report and recommendation, plaintiff's complaint is **dismissed with prejudice** for purposes of in forma pauperis proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume his lawsuit if he pays the entire filing fee of $400 within 30 days after the entry of the final judgment.

*So ordered by the court on October 23, 2020.*

J. CAMPBELL BARKER
United States District Judge